UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR ___-___ |
| Plaintiff, | ) <u>S U P P L E M E N T A L</u> |
| v. | ) <u>I N F O R M A T I O N</u> |
| JOHN S. LIPTON, | ) [26 U.S.C. § 7201: Willfully ) Attempting to Evade Assessment ) and Payment of Individual |
| Defendant. | ) Income Taxes] |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7201]

1.  At all pertinent times, the Internal Revenue Service ("IRS") was a constituent agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States and collecting the taxes owed to the Treasury of the United States by its citizens.

2.  At all pertinent times, defendant JOHN S. LIPTON ("LIPTON") resided in Mission Viejo and Laguna Hills, California, until he relocated to Costa Rica in or about March 1998.

3.   Beginning in or about July 1994, the Genesis Fund was an unregulated offshore private investment fund that engaged in foreign currency ("forex") trading through an Asian foreign currency dealer.  The Genesis Fund began as an informal investment group in July 1994 that called itself "The Human Element."  In October 1995, the name was changed to the Genesis Fund ("the Genesis Fund").  The Genesis Fund operated, among other locations, within and out of Orange and Los Angeles Counties, California.

4.   From at least in or about July 1995 to at least in or about June 2004, defendant LIPTON used offshore bank accounts to receive disbursements form the Genesis Fund and to conduct his financial affairs.

5.   Well knowing all of the foregoing, defendant LIPTON, within the Central District of California and elsewhere, willfully attempted to evade the assessment and payment of his individual income taxes for the calendar year 2002 by, among other things failing to file an individual income tax return with any proper officer of the IRS, as required by law and failing to pay the IRS income taxes, and by committing the following affirmative acts of evasion:

   a.   From 2001 through 2002 defendant LIPTON caused significant sums of monies to be sent via wire transfer from bank accounts under the control of the Costa Rica law firm, Andre Tinoco & Asociados, to various Costa Rica banks account under the control of Costa Rica lawyer, Arnoldo Andre, in the name of the following six (6) Costa Rica companies:  Latham Enterprises, Larix International, Olas de Tambor, The Kind Courier, Venture

```
```
Sports Corporation, and Village Hall Investments. Furthermore, defendant LIPTON received income from these Costa Rica companies.

   b. From 2001 through 2002, defendant LIPTON caused a significant sum of monies to be sent via wire transfer from bank accounts under the control of the Costa Rica law firm, Andre Tinoco & Asociados, to defendant LIPTON's account at Provident Bank and Trust, Ltd. in Belize.

JOHN A. DiCICCO
Acting Assistant Attorney General

_____   4/1/10
ELLEN M. QUATTRUCCI     Date
LORI A. HENDRICKSON
DANNY N. ROETZEL
Trial Attorneys
Tax Division
Department of Justice