UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA

Case No: CR 05-316 DSF - 1                                   Date: 4/8/10

PRESENT:  HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Debra Plato | Pamela Batalo | Lori Hendrickson |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER:  None Present

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1) John S. Lipton | 1)  Mark S. Windsor |
| X  pres   X   custody   __bond | X  pres   X   apptd   __retnd |

PROCEEDINGS:     ENTRY OF GUILTY  PLEA

√   Defendant moves to enter a guilty plea to an Indictment and Information.

√   Defendant sworn.

√   Defendant enters new and different plea of GUILTY to Count 68 and the single count Information.

√   The Court advises defendant of his/her Constitutional rights and questions the defendant regarding plea of GUILTY.  The Court FINDS there is an independent factual basis for the plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights.  The Court accepts the plea and orders that the plea be entered.

√   The Court refers the defendant to the Probation Office for an investigation and report and the matter is continued to **Monday, August 2, 2010 at 8:30 a.m.** for sentencing.

√   The Court vacates the jury trial date for this defendant.

__   The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

√   The government is to submit a proposed sentencing order setting sentencing schedule.

√    Other: Defendant arraigned on Information.   Court and counsel discuss defendant's release to a community corrections center prior to sentencing as set forth on the record.

0/40

MINUTES FORM 6                                                                 Initials of Deputy Clerk  _dp_
CRIM - GEN (rev 3-21-06)