JOHN A. DiCICCO
Acting Assistant Attorney General
Tax Division
Department of Justice
ELLEN M. QUATTRUCCI
Trial Attorney (D.C. BN: 462103)
LORI A. HENDRICKSON
Trial Attorney (Ohio BN: 0067831)
DANNY N. ROETZEL
Trial Attorney (Missouri BN: 34879)
Tax Division, Western Criminal Enforcement Section
    P.O. Box 972
    Washington, D.C. 20044
    Telephone: (202) 514-9370
    Facsimile: (202) 514-9623
    E-mails:  Ellen.M.Quattrucci@usdoj.gov
          Lori.A.Hendrickson@usdoj.gov
          Danny.N.Roetzel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>       v.<br><br>JOHN S. LIPTON,<br><br>          Defendant. | No. CR 05-316-DSF<br><br><u>ORDER SETTING SENTENCING</u><br><u>HEARING AND SCHEDULE FOR FILING</u><br><u>OF SENTENCING PLEADINGS</u> |

    IT IS HEREBY ORDERED AS FOLLOWS:

    1.  The sentencing hearing for the above-captioned defendant is set for August 2, 2010.

    2.  The presentence report for this defendant shall be prepared and disclosed to the parties no later than June 21, 2010.

    3.  By no later than July 12, 2010, each party shall file either: (a) its initial sentencing pleading, containing its

objections to the presentence report (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the presentence report and has elected not to file a position regarding sentencing.

    4.  By no later than July 19, 2010, each party shall file either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the presentence report (if any) together with its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

    5.  By no later than July 26, 2010, the United States Probation Office shall prepare and provide to the parties and the court the final presentence report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

Dated: 4/23/10

*Dale S. Fischer*

HONORABLE DALE S. FISCHER
United States District Judge

Submitted by:

/S/ Lori A. Hendrickson
LORI A. HENDRICKSON
ATTORNEY FOR THE UNITED STATES

2