Saturday, November 27, 1999

TO: All Fund Partners & Other Associates

Gentlemen:

There is one more step that all of us need to accomplish in the next few days to complete the transition from our Jay Lashlee relationships. I'm not suggesting that you've completed your Trust estate work with Kevin Mirecki; however, I presume that you'll take care of this before the end of the year.

What I am referring to in this letter is our *undisclosed* relationships with Genesis. Most of us have either Jay Lashlee created trusts or alter-ego entities holding *undisclosed* Genesis Fund account relationships. If you have a U.S. corporation, family partnership or non-Lashlee created trust which holds an *undisclosed* Genesis Fund account relationship, and if you have received distributions from this *undisclosed* account, you may wake up one day and discover the tax man at your doorstep asking how you intend to cover the tax liability associated with this account. Also, if a Lashlee created trust is holding your *undisclosed* Genesis Fund account and if you have received distributions, you will most certainly be visited by a tax man.

Each of us has gone through a great extent to establish a relationship outside the U.S. I strongly suggest you transfer the assets of your *undisclosed* Genesis Fund relationship to that offshore relationship. ***This should be done before the end of this month, if you haven't done it already.***

There are two ways to do this. You can authorize a name-change of your *undisclosed* Genesis Fund account, or you can issue instructions to transfer the assets of your current *undisclosed* Genesis Fund account to the offshore company.

If you authorize a name change, you will be, in effect, re-titling the assets which will leave a trail of the old Genesis Fund account history prior to the creation of the new offshore company. I would not suggest this.

I believe the assets should be transferred, **NOT** re-titled. The 10-year PSP assets should be transferred to the new account's 10-year PSP; the 5-year PSP assets should be transferred to the new account's 5-year PSP; the 3-year PSP assets should be transferred to the new account's 3-year PSP; the 1-year PSP assets should be transferred to the new account's 1-year PSP; and, the 6-month PSP assets should be transferred to the new account's 6-month PSP. However, when you transfer assets to a new account number (and name) you lose any vesting achieved in the old Genesis Fund account. If you are receiving distributions on a monthly basis from a 6-month (and/or 1-year) PSP(s), you can leave the assets in the old Genesis Fund account's 6-month PSP and continue to withdraw the equity out of that account until it is all gone; then, the account will officially close. Meanwhile, the 10-year, 5-year, and 3-year PSPs get transferred and you begin the process of transferring your monthly earnings to the new account's 6-month (and/or 1-year) PSP(s) just as you had instructed for the old Genesis Fund account.

There is one important thing to realize with respect to the offshore company's new Genesis Fund account. All instructions must come from the representative who signed the PTAA on behalf of that company; therefore, the instructions for the new company will not come from you. Also, all account statements as well as correspondence must go to and come from the offshore company's address. You will have to receive copies of statements and correspondence via PGP encrypted email attachments.

If you follow my advice, please issue instructions to Teresa Vogt immediately to conduct the transfer as I described herein above.

Do not delay.

…john