MARK WINDSOR (No. 190589)
16 N. Marengo Street, Suite 300
Pasadena, California 91101
Telephone (626) 792-6700
Facsimile (213) 232-3609
windsorlaw@gmail.com
Attorney for Defendant, John S. Lipton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO.   CR-05-316-DSF |
| ) | |
| Plaintiff, ) | **DEFENDANT LIPTON'S SUPPLEMENTAL** |
| ) | **SENTENCING MATERIAL: LETTER OF DANA** |
| v. ) | **NANCE** |
| ) | |
| **JOHN S. LIPTON** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Mr. Lipton here files a letter to the court on behalf of Mr. Lipton at sentencing from his daughter, Dana Nance.

                                                            Respectfully submitted,

DATED:  JULY 28, 2010

                                                            _____/s/_____
                                                            MARK WINDSOR
                                                            Attorney for John S. Lipton

//

//

1

July 15, 2010

Dana Lipton Nance
41 S. Concord Forest Circle
The Woodlands, TX 77381

Honorable Judge Dale S. Fischer
U.S. Central District Court
255 E. Temple Street, Courtroom #840
Los Angeles, CA 90012

Five years ago, our family was turned upside down.  My father was taken to prison, leaving my mother in Costa Rica all alone.  They lost everything they thought was important.  I almost lost my mother to drugs and alcohol, then a suicide attempt, then a fall resulting in a broken neck.  During this time, the economy was slowly devouring our family business of 10 years.  I brought my mother back to Houston, where soon after she was hospitalized due to mental illness.  The following year, she was diagnosed with possible breast cancer, which after many tests turned out benign.

Knowing all this, I can only imagine the helpless agony my father went through as his soulmate and family were going through this during his 5 years of incarceration.  I know dad would have switched places 10 times over if he could.  We have all paid a huge price for dad's personal views or choices concerning his tax charges.  He has never represented this situation, even back in the 90's as anything other than a long ugly road he wishes he had never gone down.  Although he felt at the time that his concerns and legal questions regarding income tax were valid, the path he took was way too expensive, in more ways than money.

Does everything happen for a reason?  Did he need to be stripped of everything down to the bone, to be able to rebuild on a foundation of what is really important?   All I can speak for is our experience together over the last month.  We now have a real family unit that requires all of it's people to function.  My father is able to help with mom, doctors, and her medication, and in turn they together are able to help watch the grandkids which enables my husband and I to work more in order to make more money to help my husband and I catch up on our bills, keep our home, and supplement Mom and Dad's living expenses.   Dad doesn't want "stuff" anymore.  It's not about stuff, its about family and relationships.

Taking into account family and relationships, children do what you do, not what you say.  One thing that I always knew is what love looks like in action.  Not always easy, but a journey of it's own.  A journey of two strong willed people (Mom and Dad), bound together by unbreakable trust, respect and admiration.  I was witness to all the highs and lows, and there were many.  I didn't understand at the time, but it was always important that they were first and I was a compliment to their relationship.  That is a lesson that not many couples are able to learn, and I'm happy that Nicholas(15) and April(11) are able to see that through love all things are possible.  We are all healthy (relatively speaking), wealthy (in relationships and love) and wise (er), in ways that only the journey through living can bring.


Sincerely,

Dana Lipton Nance